# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HENRY JOSEPH LANERI, III, #R0205**                **PETITIONER**

v.                **CIVIL NO. 1:18-cv-306-HSO-MTP**

**PELICIA HALL, COMMISSIONER,**
**AND JODY BRADLEY, WARDEN**                **RESPONDENTS**

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [11] of United States Magistrate Judge Michael T. Parker, entered in this case on July 1, 2019, and Respondents Commissioner Pelicia Hall and Warden Jody Bradley's Motion to Dismiss [8] filed November 18, 2018. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [11], the Petition [1], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 24th day of July, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE